IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PANTAURUS LLC | § § | |
| V. | § § | Case No.: 1:14-CV-519 (RC) |
| SLING MEDIA, INC. | § § § | |

## ORDER ON CLOSING DOCUMENTS

The court has been advised by the parties or their attorneys that all claims in the above-styled cause have been settled and compromised.    Accordingly, the court makes the rulings set forth below.

It is **ORDERED** that all parties or their counsel shall submit to the court all papers necessary for the closing of this case and its removal from the active docket of this court on or before ***March 9, 2015.*** **If such papers are not received by the court by the scheduled deadline, the parties should be prepared to announce settlement on the record or the court may enter such orders as are just and necessary to insure prompt resolution of this case without further notice to the parties.**

So **ORDERED** and **SIGNED** this **24** day of **January, 2015.**

_____
Ron Clark, United States District Judge