\*\* NOT FOR PRINTED PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PANTAURUS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION No. 1:14-cv-519 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| SLING MEDIA, INC., | § | BRC |
| | § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the Agreed Motion to Dismiss with Prejudice filed by Plaintiff PanTaurus LLC ("PanTaurus"), and agreed to by Defendant Sling Media, Inc. ("Sling Media"). Based on the Agreed Motion and the grounds asserted therein, the Court is of the opinion that the Agreed Motion should be GRANTED.

It is, therefore, ORDERED that this action and all claims asserted by PanTaurus against Sling Media are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorney's fees, and expenses.

So **ORDERED** and **SIGNED** this **24** day of **March, 2015.**

_____
Ron Clark, United States District Judge